# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152433 & (13)(14)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 152433
                               COA: 328145
                               Wayne CC: 97-009582-FC

BAHAA E. ISWED,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 26, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED. The motion for order to produce a copy of a transcript tape is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



Clerk

a0829